373 A.2d 1133

Commonwealth, Appellant, v. Paschall.

Submitted November 8, 1976. Robert E. Colville, District Attorney, for Commonwealth, appellant; Samuel N. Goldman, and Ralph J. Cappy, Public Defender, for appellee.

Order affirmed.